IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARION COUNTY CLERK; ) <br> COMMONWEALTH OF KENTUCKY ) <br> REVENUE CABINET; UNITED STATES ) <br> OF AMERICA INTERNAL REVENUE ) <br> SERVICE; THE PEOPLES BANK; ) <br> REPUBLIC DIESEL, INC.; SOUTHERN ) <br> TAX SERVICE; JAMOS FUND, LP; ) <br> COMMONWEALTH OF KENTUCKY ) <br> OFFICE OF EMPLOYMENT AND ) <br> TRAINING DIVISION OF ) <br> UNEMPLOYMENT INSURANCE; ) <br> NEWCOMB OIL CO., LLC; CITIZENS ) <br> NATIONAL BANK; MARION COUNTY ) <br> SHERIFF'S OFFICE; ) <br> ) <br> Defendants. ) | Civil Action No. 3:13-cv-00563-JHM <br><br> Marion County Circuit Court <br> Case No. 3-CI-137 |

## UNITED STATES' ANSWER

Comes now defendant the United States of America, named in the Plaintiffs' complaint as the United States of America Internal Revenue Service, through undersigned counsel, and answers and responds to the numbered paragraphs of the Plaintiff's Petition for Interpleader as follows:

1. The United States admits the allegations contained in paragraph 1.

2.-13. The United States lacks sufficient knowledge to admit or deny the allegations set forth in paragraphs 2 through 13.

14. The United States admits the allegations contained in paragraph 14, with the correction that the notice of federal tax lien was filed on March 6, 2007, rather than March 26, 2007.

15. The United States admits the allegations contained in paragraph 15.

16. The United States admits the allegations contained in paragraph 16, with the correction that the notice of federal tax lien was filed on January 27, 2012, rather than January 27, 2010.

17. The United States admits the allegations contained in paragraph 17.

18. The United States lacks sufficient knowledge to admit or deny the allegations set forth in paragraph 18.

## AFFIRMATIVE CLAIMS OF THE UNITED STATES

19. Further answering the allegations of the Petition for Interpleader, the defendant, the United States of America, sets forth the following affirmative claim to the interpled funds.

20. On the dates indicated below, a delegate of the Secretary of the Treasure properly and timely made assessments against and gave notice and demand for payment to Marion County Concrete, Inc. for unpaid federal employment taxes ("941") and heavy vehicle use taxes ("2290"), as well as unpaid statutory penalties and interest for each for the following taxable periods:

| Type of Assessment | Tax Period Ending | Date of Assessment | Date Notice of Federal Tax Lien Filed | Amount Due and Owing as of June 17, 2013 |
|---|---|---|---|---|
| 941 | 6/30/2010 | 9/6/2010 | 1/27/2012 | $1,049.25 |
| 941 | 6/30/2011 | 10/24/2011 | 1/27/2012 | $738.21 |
| 941 | 9/30/2011 | 1/2/2012 | 1/27/2012 | $1,456.96 |
| 941 | 12/31/2011 | 3/26/2012 | 10/20/2012 | $2,117.46 |
| 2290 | 7/31/2008 | 12/7/2009 | 1/4/2010 | $5,078.83 |

21. As of June 17, 2013, there remain due and owing assessments against Clarence Conner totaling $10,440.71, plus statutory additions which will continue to accrue according to law.

22. Federal tax liens arose upon the assessment of the taxes described in paragraph 20 above, and attached to all property and rights to property of Marion County Concrete, Inc., including (but not limited to) the interpled funds that are the subject of this action.

//

//

//

//

WHEREFORE, the United States prays as follows:

A. That the Court adjudge, determine, and decree that the federal tax liens of the United States are valid and distribute the interpled funds based on the priority of the interests of the parties;

B. That the Plaintiffs be denied any award of attorney's fees and costs if such an award would diminish the amount that the United States would otherwise be entitled to receive in this action by virtue of its federal tax liens; and

C. That the Court award the United States any further relief that this Court deems just and proper under the circumstances.

DATE: June 14, 2013

    Respectfully Submitted,

    DAVID J. HALE
    United States Attorney

    KATHRYN KENEALLY
    Assistant Attorney General,
    Tax Division

    /s/ Christopher W. Sanders
    CHRISTOPHER W. SANDERS
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Washington, D.C. 20044
    Telephone: (202) 616-1840
    Fax: (202) 514-6866
    Christopher.W.Sanders@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' Answer was caused to be served upon the following on the 14th day of June, 2013, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

Counsel for Plaintiff:
Beth A. Lochmiller
Coleman Lochmiller & Bond
2907 Ring Road
P.O. Box 1177
Elizabethtown, KY 42701

Marion County Clerk
Karen Spalding
Marion County Clerk
223 North Spalding Ave.
Suite 102
Lebanon, KY 40033

Commonwealth of Kentucky Revenue Cabinet
Karen Spalding
Marion County Clerk
223 North Spalding Ave.
Suite 102
Lebanon, KY 40033

The Peoples Bank
Terry L. Bunnell
P.O. Box 231
116 S. Main Street
Marion, KY 42064

Republic Diesel, Inc.
Steve Gettelfinger
305 E. College Street
P.O. Box 35650
Louisville, KY 40232

Southern Tax Service
William Miles Alvin, Jr.
108 West Maple Street
Nicholasville, KY 40356

Janos Fund, LP
CT Corporation System
306 W. Main Street
Suite 512
Frankfort, KY 40601

Commonwealth of Kentucky
Office of Employment and Training
Division of Unemployment Insurance
Karen Spalding
Marion County Clerk
223 North Spalding Ave.
Suite 102
Lebanon, KY 40033

Newcomb Oil Co., LLC
John L. Newcomb
1360 East John Rowan Blvd.
Bardstown, KY 40004

Citizens National Bank
Donald E. Bloomer
44 Public Square
Somerset, KY 42501

Marion County Sheriff's Office
Jimmy Clements
Marion County Sheriff
223 Spalding Ave., Ste 101
Lebanon, KY 40033

    /s/ Christopher W. Sanders
    CHRISTOPHER W. SANDERS